IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SOCIETY FOR THE PRESERVATION
AND ENCOURAGEMENT OF BARBER
SHOP QUARTET SINGING IN
AMERICA, INC. and HARMONY            Case No.  20-cv-1073-wmc
FOUNDATION INTERNATIONAL,
INC.,

      Plaintiffs,

  v.

GARY PLAAG and certain unnamed
persons acting in concert with him,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Gary Plaag and certain unnamed persons acting in concert with him against plaintiffs Society for the Preservation and Encouragement of Barber Shop Quartet Singing in America, Inc. and Harmony Foundation International, Inc. dismissing this case for lack of subject matter jurisdiction.


| s/ J. Smith, Deputy Clerk | 7/19/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |